IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN CHARLES STEM, SR.,  §
§
Plaintiff,  §
§
v.  §  1:25-CV-1178-RP
§
SECRETARY OF HEALTH AND HUMAN  §
SERVICES,  §
§
Defendant.  §

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell concerning Defendant Secretary of Health and Human Services' ("Defendant") Motion to Dismiss, (Dkt. 14) (R. & R., Dkt. 38). Plaintiff Stephen Charles Stem, Sr. ("Plaintiff") timely filed objections to the Report and Recommendation. (Objs., Dkt. 40).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the Report and Recommendation, the Court reviews the Report and Recommendation *de novo.* Having done so and for the reasons given in the Report and Recommendation,[1] the Court overrules Plaintiff's objections and adopts the Report and Recommendation as its own order.

---

[1] The Court also notes that Plaintiff suggests the Magistrate Judge did not consider his timely filed opposition to Defendant's Motion to Dismiss, (Dkt. 14). Plaintiff filed his opposition, however, on April 27, 2026, over three months after Defendant filed its Motion to Dismiss on January 15, 2026, (Dkt. 14). (Dkt. 39). Accordingly, Plaintiff's opposition was not timely filed. *See* W.D. Tex. Local R. CV-7(d). Regardless, the Court reviewed Plaintiff's opposition and finds it does not change the Court's decision to adopt the Report and Recommendation.

Accordingly, the Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 38), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (Dkt. 14), is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on May 14, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE